U.S. POSTAGE PAID
LITTLETON,CO
80123
JUL 25, 13
AMOUNT
$0.00
00038735-03
1000
85003

RECEIVED
JUL 29 2013
CLERK U.S. DISTRICT COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

From: ⇔30099-008⇔
Richard Self
Federal Correctional Institution
9595 W Quincy
Littleton, CO 80123
United States

To: ⇔30099-008⇔
Us Dist Court Clerk
401 W Washington ST. ROOM 130
US Courthouse Spc10
Phoenix, AZ 85003-2119
United States

t usps.com

NAL RESTRICTIONS
ON CONTENT:
s are required. Consult the
Mail Manual (IMM) at pe.usps.gov or
sociate for details.

LEGAL MAIL

packaging products have been awarded Cradle
le Certification℠ for their ecologically-intelligent
. For more information go to mbdc.com/usps
Cradle Certified℠ is a certification mark of MBDC.

Country of Destination: / Pays de destination:

EP-14


