IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Larry Self,<br><br>        Petitioner,<br><br>    v.<br><br>USA,<br><br>        Respondent. | CASE NO:<br>CV–13–08199–PCT–DGC (SPL)<br><br>(CR–10–08036–PCT–DGC)<br><br>**NOTICE OF ASSIGNMENT** |

   On July 29, 2013, Petitioner filed a pro se Motion to Vacate which has been assigned the case number listed above. This case has been assigned to District Court Judge David G Campbell and has been referred to Magistrate Judge Steven P Logan (PS) and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

   DATED this 29th day of July, 2013.

*s/Brian D. Karth*

Brian D. Karth
District Court Executive/Clerk

cc: Petitioner

|   |   |
|---|---|
| 1 | WARNING! |
| 2 | Failure to comply with the following rules will result in your document being STRICKEN |
| 3 | and/or your case being DISMISSED: |
| 4 | (1)  You must file a Notice of Change of Address if your address changes. |
| 5 | (2)  You must correctly label any further documents with the above assigned |
| 6 |      caption and case numbers. LRCiv 7.1(a). |
| 7 | (3)  You must sign your name and date every document you file. FED. R. CIV. P. 11. |
| 8 | (4)  If applicable, you must provide an original and one copy of any document to |
| 9 |      be filed. If you request a conformed copy, you must provide an original |
| 10 |     and two (2) copies. LRCiv 5.4. This does not apply to prisoner e−filers. |
| 11 | (5)  If applicable, you must mail copies of every document you file to all respondents. |
| 12 |     or their attorneys, FED. R. CIV. P. 5(a), and every document you file |
| 13 |     must include a certificate stating the date a copy of the document was mailed |
| 14 |     to respondents or their attorneys. This does not apply to prisoner e−filers. |
| 15 | (6)  The documents you file must not include personal identifiers. FED. R. CIV. P. 5.2. |