JOHN S. LEONARDO
United States Attorney
District of Arizona

ROGER DOKKEN
Assistant U.S. Attorney
Arizona State Bar No. 3778
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona  85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7593
E-mail: roger.dokken@usdoj.gov
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.  CV-13-8199-PCT-DGC |
|---|---|
| Plaintiff, | **GOVERNMENT'S NOTICE OF WITHDRAWAL OF COUNSEL** |
| vs. | |
| Richard Self, | |
| Defendant. | |

NOTICE is hereby given, in accordance with Criminal Local Rule 57.14 and Civil Local Rule 83.3(b) of the Rules of Practice for the U.S. District Court for the District of Arizona, that Assistant United States Attorney Roger Dokken is withdrawn as counsel of record for the United States, all other counsel for the United States remains the same.

Respectfully submitted this 29th day of November, 2013.

JOHN S. LEONARDO
United States Attorney
District of Arizona

 *s/Roger Dokken*         .
ROGER DOKKEN
Assistant U.S. Attorney

**Certificate of Service**

I hereby certify that on November 29, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing.

I hereby certify that on this same date, I served the attached document by U.S. mail – certified mail, on the following, who may or may not be registered participants of the CM/ECF System:

Richard Larry Self # 30099-008
Littleton-Co-Englewood-Fci-Sc
Satellite Camp
9595 W. Quincy Ave.
Littleton, CO  80123

 *s/Erica Lane*                  .
U.S. Attorney's Office

- 2 -