```
                    ┌─────────────────────────────┐
                    │ ✓ FILED        ___ LODGED   │  December 03,2013
                    │ ___ RECEIVED   ___ COPY     │
U.S. District Court │      DEC 09 2013            │
401 W. Washington St. Room 130 CLERK U S DISTRICT COURT
U.S. Court house SPC 10 │      DISTRICT OF ARIZONA │
                    │ BY_____ P DEPUTY  │
Phoenix, AZ.  85003-2119   └────────────────────┘  RE: CV-13-08199-PCT-DGC-(spl)
```

Please note you have my address as beeing in the satellite camp here
at the institution, they do use the same address, but with my mail
going to the camp takes longer to get to me. Please note the correct
address below:


Richard L. Self  30099-008
Federal correctional institution
Englewood
9595 w. Quincy ST.
Littleton, CO. 80123


                                    Thank you

                                    [signature: Richard L Self]