JOHN S. LEONARDO
United States Attorney
District of Arizona
HEATHER H. BELT
Assistant U.S. Attorney
Arizona State Bar No. 023099
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: heather.belt@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV 13-8199-PCT-DGC |
| Plaintiff, | CR 10-8036-PCT-DGC |
| vs. | **UNITED STATES MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255** |
| Richard Larry Self, | |
| Defendant. | |

The United States of America, by its undersigned counsel, respectfully requests an additional 60 days to respond to the defendant's *pro se* Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.  The Court's Order calling for an answer to the motion was received by the United States, via ECF on November 4, 2013.  Therefore, the United States' response is due on or about January 3, 2014.

The defendant has raised eight grounds of relief in his motion, many of which include additional sub-issues to be addressed.  The United States' response to these issues requires a review of all of the trial transcripts, the appellate court record, as well as additional legal research.  In November, undersigned counsel prepared and then tried *United States v. Brigido Luna-Zapien*, CR 12-0583-TUC-DCB.  Due to that trial and undersigned counsel's current schedule (which includes writing a response to an appeal in *United States v. Israel Paramo-Villasana*, CR 11-3496-TUC-CKJ), additional time is

needed to effectively respond to the defendant's motion. For this reason, the United States respectfully requests an additional 60 days from the current due date of January 3, 2014, to respond to the defendant's motion.

Respectfully submitted this 12th day of December, 2013.

          JOHN S. LEONARDO
          United States Attorney
          District of Arizona

          *s/Heather H. Belt*      .
          HEATHER H. BELT
          Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing.

I hereby certify that on this same date, I served the attached document by U.S. mail, on the following, who may or may not be registered participants of the CM/ECF System:

Richard Larry Self
# 30099-008
Littleton-Co-Englewood-FCI-SC
Satellite Camp
9595 West Quincy Avenue
Littleton, CO 80123

*s/Erica Lane*      _
U.S. Attorney's Office