# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Richard Larry Self,<br><br>    Defendant. | No. CV 13-8199-PCT-DGC<br>CR 10-8036-PCT-DGC<br><br>**O R D E R** |

Having reviewed the Government's Motion to Continue Time to Respond and good cause appearing,

**IT IS HEREBY ORDERED** granting the Government's motion to continue the time to respond to Defendant's *pro se* Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence from January 3, 2014 to _____, 2014.

**IT IS HEREBY ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is found to commence from _____ through _____.

Dated this _____ day of _____, 2014.