IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.  CV-13-08199-PCT-DGC (SPL) |
| Plaintiff/Respondent, | (No. CR-10-08036-PCT-DGC) |
| vs. | **ORDER** |
| Richard Larry Self, | |
| Defendant/Movant. | |

Before the Court is Respondent's Motion to Extend Time (Doc. 7).  Respondent seeks a 60-day extension of time in which to file a Response to the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (Doc. 1). This being Respondent's first request for an extension, and finding good cause appearing, the motion will be granted. Accordingly,

**IT IS ORDERED** that the Motion to Extend Time (Doc. 7) is **granted**. Respondent shall have until **March 4, 2014,** to file a Response to the Motion to Vacate, Set Aside, or Correct Sentence.

Dated this 13th day of December, 2013.

Honorable Steven P. Logan
United States Magistrate Judge