JOHN S. LEONARDO
United States Attorney
District of Arizona
HEATHER H. SECHRIST
Assistant U.S. Attorney
State Bar No. 023099
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: heather.sechrist@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States America,<br><br>    Plaintiff/Respondent,<br><br> vs.<br><br>Richard Larry Self,<br><br>    Defendant/Movant. | **CV 13-8199-PCT-DGC**<br><br>**NOTICE OF NAME CHANGE** |

Now comes the United States of America, by and through its undersigned attorneys, and gives notice that Heather H. Belt has changed her name to Heather H. SECHRIST and is filing notice in the above-captioned matter.

Respectfully submitted this 14th day of January, 2014.

                JOHNS S. LEONARDO
                United States Attorney
                District of Arizona

                *s/Heather H. Sechrist*
                HEATHER H. SECHRIST
                Assistant U.S. Attorney

Copy of the foregoing served electronically
or by other means this 14th day of January, 2014, to:

Richard Larry Self, Pro Se,
BOP # 30099-008
Littleton-Co-Englewood-FCI-SC
Satellite Camp
9595 W. Quincy Ave
Littleton, CO 80123