JOHN S. LEONARDO
United States Attorney
District of Arizona
HEATHER H. SECHRIST
Assistant U.S. Attorney
Arizona State Bar No. 023099
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: heather.sechrist@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Richard Larry Self,<br><br>　　　　　Defendant. | No. CV 13-8199-PCT-DGC<br>　　　CR 10-8036-PCT-DGC<br><br>**UNITED STATES MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255**<br><br>**(Second Request)** |

The United States of America, by its undersigned counsel, respectfully requests an additional two weeks to respond to the defendant's *pro se* Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.  The Court's Order calling for an answer to the motion was received by the United States, via ECF on November 4, 2013.  The United States moved to extend time to respond to this motion on December 12, 2013.  The Court granted the motion, and ordered the United States' response due on March 4, 2014.

Since that time, undersigned counsel has been scheduled to have a non-elective surgical procedure on February 21, 2014.  She will then be on medical leave for two weeks, and is expected to return to work the week of March 10, 2014 on a part-time basis

for a short period of time.[1]  Undersigned counsel has already written a substantial portion of the United States' response.  However, the impending surgery and recovery period interferes with her ability to finish the motion on or before March 4, 2014.  For this reason, the United States respectfully requests an additional two weeks from the current due date of March 4, 2014, to respond to the defendant's motion, and proposes that the its response be due on or before March 18, 2014.

Respectfully submitted this 19th day of February, 2014.

JOHN S. LEONARDO
United States Attorney
District of Arizona


 s/Heather H. Belt           .
HEATHER H. SECHRIST
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing.

I hereby certify that on this same date, I served the attached document by U.S. mail, on the following, who may or may not be registered participants of the CM/ECF System:

Richard Larry Self
# 30099-008
Littleton-Co-Englewood-FCI-SC
Satellite Camp
9595 West Quincy Avenue
Littleton, CO 80123

 s/Heather H. Sechrist           _

---

[1] This has been recommended by treating physicians.

- 2 -

U.S. Attorney's Office