# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV-13-08199-PCT-DGC (SPL) |
| Plaintiff/Respondent, | (No. CR-10-08036-PCT-DGC) |
| vs. | **ORDER** |
| Richard Larry Self, | |
| Defendant/Movant. | |

Before the Court is Respondent's second Motion to Extend Time (Doc. 10). Respondent seeks a two week extension of time, until March 18, 2014, to file a Response to the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (Doc. 1). Counsel for Respondent requests additional time to accommodate her period of absence while undergoing a surgical procedure and post-operative recovery. Finding that good cause exists, the motion will be granted. Accordingly,

**IT IS ORDERED** that the Motion to Extend Time (Doc. 10) is **granted**. Respondent shall have until **March 18, 2014,** to file a Response to the Motion to Vacate, Set Aside, or Correct Sentence (Doc. 1).

Dated this 19th day of February, 2014.

Honorable Steven P. Logan
United States Magistrate Judge