JOHN S. LEONARDO
United States Attorney
District of Arizona
HEATHER H. SECHRIST
Assistant U.S. Attorney
Arizona State Bar No. 023099
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: heather.sechrist@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Richard Larry Self,<br><br>Defendant. | No. CV 13-8199-PCT-DGC<br>CR 10-8036-PCT-DGC<br><br>**UNITED STATES MOTION TO EXCEED PAGE LIMIT PURSUANT TO LOCAL RULE** |

The United States, by and through counsel undersigned, moves this Court for an order allowing the government to exceed the page limitation pursuant to Local Rule of Civil Procedure 7.2(e), as incorporated by Local Rule of Criminal Procedure 47.1, with respect to its pleading entitled, "Government's Response to Defendant's Motion Under Section 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (28 U.S.C. 2255)."

Local Rule of Civil Procedure 7.2(e) provides that a response may not exceed 17 pages, exclusive of attachments and any required statements of facts.  The body of the government's response, exclusive of the statement of facts, is approximately 18 pages. The government's total response, inclusive of the statement of facts, is approximately 32 pages.  Defendant-Movant alleged eight grounds of relief in his Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255.  Each ground was based upon a substantial number of sub-arguments that require analysis of motion practice, pre-trial

hearings, the underlying criminal trial and the prior sentencing hearing.  For this reason, that government requests this Court's permission to exceed the 17 page limitation.

Respectfully submitted this 18th day of March, 2014.

JOHN S. LEONARDO
United States Attorney
District of Arizona

 *s/Heather H. Belt*            .
HEATHER H. BELT
Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing.

I hereby certify that on this same date, I served the attached document by U.S. mail, on the following, who may or may not be registered participants of the CM/ECF System:

Richard Larry Self
# 30099-008
Littleton-Co-Englewood-FCI-SC
Satellite Camp
9595 West Quincy Avenue
Littleton, CO 80123

 *s/Erica Lane*           _
U.S. Attorney's Office

- 2 -