IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>           Plaintiff,<br><br>    vs.<br><br>Richard Larry Self,<br><br>           Defendant. | No. CV 13-8199-PCT-DGC<br>CR 10-8036-PCT-DGC<br><br>**O R D E R** |
|---|---|

   Having reviewed the Government's Motion to Continue Time to Respond and good cause appearing,

   **IT IS HEREBY ORDERED** granting the Government's Motion to Exceed Page Limitation pursuant to Local Rule of Civil Procedure 7.2(e), as incorporated by Local Rule of Criminal Procedure 47.1, with respect to its pleading entitled, "Government's Response to Defendant's Motion Under Section 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (28 U.S.C. 2255)."

   Dated this _____ day of _____, 2014.