# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff/Respondent,<br><br>vs.<br><br>Richard Larry Self,<br><br>  Defendant/Movant. | No. CV-13-08199-PCT-DGC (SPL)<br><br>(No. CR-10-08036-PCT-DGC)<br><br>**ORDER** |

Before the Court is Respondent's Motion to Exceed Page Limit (Doc. 13), in which Counsel requests permission to file a Response in excess of the page limitation set by Rule 7.2 of the Local Rules of Civil Procedure ("LRCiv"). Here, the Response to the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (Doc. 1) is an answer within the meaning of the Rules Governing Section 2255 Proceedings for the United States District Courts, rather than a responsive pleading to a motion as contemplated by LRCiv 7.2. *See* Rule 5 of the § 2255 Rules. Thus, the government's Response is not limited in length. Nonetheless, for purposes of administrative efficiency, the motion will be granted. Accordingly,

**IT IS ORDERED** that the Motion to Exceed Page Limit (Doc. 13) is **granted**.

///
///
///
///

**IT IS FURTHER ORDERED** the Clerk of Court shall file the Lodged Proposed Response (lodged at Doc. 12).

Dated this 19th day of March, 2014.

Honorable Steven P. Logan
United States Magistrate Judge