Richard L. Self
Federal correctional institution
Englewood
9595 West Quincy Ave.
Littleton, CO. 80123

```
___ FILED    ___ LODGED
___ RECEIVED ___ COPY

    MAR 3 1 2014

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CV 13-8199-PCT-DGC |
| | ) | CR 10-8036-PCT-DGC |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | Motion for extention of time |
| | ) | to file answer to governments |
| | ) | brief |
| Richard Larry Self, | ) | |
| | ) | |
| Defendant, | ) | |

    Comes forth Richard Larry Self Defendant/ Movant in Pro se respectfully. Resceptfully request an additional 60 days to respond to the governments answer to Defendant/ Movants motion under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence.

    The Defendant/Movant has very limited legal knowledge and has limited time available to the computers in the Instantutional Electronic Library

    Recieved Brief from AUSA on the 24th of March 2014. Making Movants answer by April 24, 2014. Because of the forementioned reasons Movant would like until June 24, 2014 to respond

        Respectfully submitted this 25th day of March, 2014

                                                    */s/ Richard Larry Self*
                                                     Richard Larry Self
                                                     Pro se

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25th 2014, I sent by mail the attached document to the Clerk's Office of the U.S. court, Phoenix, Arizona.

I hereby certify that on the same date, I served the attached document by U.S Mail on the following.

Heather H. Sechrist
Assistant U.S. attorney
Two Renaissance Square
40 North Central Ave. Suite 1200
Phoenix, AZ. 85004-4408

Richard Larry Self
Pro Se