# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.  CV-13-08199-PCT-DGC (SPL) |
| Plaintiff/Respondent, | (No. CR-10-08036-PCT-DGC) |
| vs. | **ORDER** |
| Richard Larry Self, | |
| Defendant/Movant. | |

Before the Court is Movant's Motion for Extension of Time (Doc. 16), in which he seeks a 60-day extension in which to file a Reply in support of the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (Doc. 1).  This being Movant's first request, the motion will be granted. However, the Court advises that it is not inclined to grant further extensions absent extraordinary circumstances. Accordingly,

**IT IS ORDERED** the Motion for Extension of Time (Doc. 16) is **granted**. Movant shall have until **June 22, 2014**, to file a Reply.

Dated this 1st day of April, 2014.

Honorable Steven P. Logan
United States Magistrate Judge