# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Larry Self,<br><br>                Movant/Defendant,<br>v.<br>United States of America,<br><br>                Respondent. | No. CV-13-08199-PCT-DGC-JFM<br><br>**ORDER** |

**IT IS ORDERED that** the undersigned hereby recuses from this matter, and the matter is reassigned by random draw to the Honorable James F. Metcalf.

Dated this 19th day of May, 2014.

_____
Mark E. Aspey
United States Magistrate Judge