Richard Self   30099-008
Federal Correctional Institution Englewood
9595 West Quincy Ave.
Littleton, CO   80123

FILED __ LODGED
RECEIVED __ COPY
JUN 1 6 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
          P DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| United States of America | ) | |
|---|---|---|
| Plaintiff | ) | Case No. CV 13-8199-PCT-DGC |
| | ) | CR 10-8036-PCT-DGC |
| Richard Larry Self | ) | |
| | ) | **DEFENDANT/MOVANT MOTION TO** |
| Defendant | ) | **EXCEED PAGE LIMIT PURSUANT** |
| | ) | **LOCAL RULE** |

   **COMES NOW** Richard Larry Self, Pro Se Litigant to move this Court for an order allowing Defendant/Movant to exceed the page limitation pursuant to local rule,

   Government used thirty two pages to answer Defendant's original section 2255 motion. They raised a lot of concerns that need to be answered, and could not do so in less than 31 pages.

   The Defendant/Movant had to use several different files, transcripts, and motions to file his answering brief, for this reason Defendant/Movant request this Court's permission to exceed any page limitations set by local rule.

   Respectfully submitted this 11th day of June 2014

//
//
//

Richard Larry Self
Pro Se Representation

//

1 | I certify that on 11th day of June 2014 I sent by United States Mail a copy of the attached document to;
2 |
3 | Clek Of the Court
  | 401 W Washington ST Room 130
  | U.S. Courthouse Spc 10
4 | Phoenix, AZ 85003-2119
5 | United States

*Richard Larry Self*

6 | //
7 | //
8 | //

9 | I also certify that on this 11th day of June 2014 I sent by United States Mail a copy of the attached document to:
10 | Heather H. Sechrist   Assistant U.S. Attorney
   | Two Renaissance Square
11 | 40 North Central Ave. Suite 1200
   | Phoenix AZ 85004-4408
12 | //
13 | //
14 | //

*Richard Larry Self*