# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Larry Self,<br>Movant/Defendant<br>-vs-<br>United States of America,<br>Respondent/Plaintiff. | CV-13-8199-PCT-DGC (JFM)<br>CR-10-8036-PCT-DGC<br>**Order** |

Under consideration is Movant's Motion to Exceed, filed June 17, 2014 (Doc. 20). Although briefing on the motion is not complete, the Court finds that further briefing is not necessary to a fair adjudication of the motion.

Movant seeks leave exceed any applicable page limits for his Reply (Doc. 21) in support of his Motion to Vacate. While Local Civil Rule 7.2(e) imposes page limits on briefs on motions, the briefing on a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 is in the nature of pleading, rather than a mere motion. Accordingly, these page limits are generally inapplicable to Movant's Reply (Doc. 21).

Therefore, because the Reply has already been filed, the instant motion is moot.

**IT IS THEREFORE ORDERED** that Movant's Motion to Exceed, filed June 17, 2014 (Doc. 20) is **DENIED AS MOOT**.

Dated: June 18, 2014

James F. Metcalf
United States Magistrate Judge

13-8199-020o Order 14 06 17 on Motion to Exceed.docx