# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Larry Self,<br>Movant/Defendant<br>-vs-<br>United States of America,<br>Respondent/Plaintiff. | CV-13-8199-PCT-DGC (JFM)<br>CR-10-8036-PCT-DGC<br>**Order** |

Movant filed with his Motion to Vacate (Doc. 1) a Memorandum in Support (Doc. 2), including various exhibits, totally 143 pages. The electronic copies of the Motion to Vacate have become corrupted, with the result that certain pages have become unreadable (physical pages 60-65 of the exhibits) and the entire file has become unstable. Unfortunately, in the interim, the paper copies have been destroyed as a part of the Court's regular paper destruction process.

Accordingly, Movant will be directed to again file his Memorandum in Support. A copy of the Memorandum originally submitted may be filed with a cover notice reflecting that it is being submitted pursuant to this Order. The parties are cautioned that this is not intended as an opportunity for the parties to amend or supplement their briefs or the record without leave.

**IT IS THEREFORE ORDERED** that within fourteen days of the filing of this Order, Movant shall refile his Memorandum in Support, filed July 29, 2013 (Doc. 2), including supporting exhibits filed therewith.

Dated: September 15, 2014

*/s/ James F. Metcalf*
James F. Metcalf
United States Magistrate Judge

13-8199o Order 14 09 11 re Supplm Memo.docx