THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LR CV SY, 7.1(B)(1)
(Rule Number Section)

Richard Larry Self  30099-008
Pro Se Representation
Federal Correctional Institution
Englewood
9595 West Quincy Ave.
Littleton, CO 80123

FILED ___   ___ LODGED
___ RECEIVED   ___ COPY

OCT 03 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Richard LARRY Self     ) | |
| Defendant/Movant     ) | CV-13-8199-PCT-DGC-(JFM) |
| V. .     ) | CR-10-8036-PCT-DGC |
| United States of America     ) | |
| Respondent/Plaintiff ) | **MOTION FOR REIMBURSEMENT** |
| | **OF FUNDS UNDER** |
| | **(18 U.S.C. §3006A** |

**COMES FORTH** Richard Larry Self Defendant/Movant (Hereafter

Defendant). Pro Se. To ask this Honorable Court, for the

reimbursement of funds used to refile his memorandum (doc 2)

which has become corrupted and unstable, due to no cause of the

Defendant.

Defendant received a Notice/Order on September 19, 2014

dated September 15, 2014 of the fact that the electronic files

had become corrupted and unstable, and was directed to refile

his memorandum in support. Defendant has acted on this order and

placed a copy of the original memorandum in the institution

legal mail on September 25, 2014.

Defendant encured costs of $29.15 (reciepts enclosed). $5.60

for flat rate mail, $3.30 for certified mail, $2.70 for return

reciept, $17.55 for copy cards. ($5.85 each for 3 cards (50 copies

per card)). This encludes all copies enclosed.

Defendant request reimbursement to be sent to the following

address. This request is made for the inmate cannot receive funds

at the institution.

-1-

1   Federal Bureau of Prisons
    Richard Self,  30099-008
2   P.O. Box 474701
    Des Moines, IA 50947
3
4   Defendant request reimbursement under 18 U.S.C §3006A and/or

5   any other laws applicable to reimbursement of funds to acts

6   outside the parameters of the Pro Se Defendant/Movant.

7        Defendant receives no monies from any one with the exception

8   of the Institution, for his work as an orderly in his housing

9   unit. Defendant has to purchase these items over several months

10  to have on hand to challenge his Conviction and/or Sentence

11  ///

12       Respectfully submitted this 29th day of September, 2014

13  ///

14                          Richard Larry Self 3009-008
                            Pro Se Representation
15                          Federal Correctional
                            Institution, Englewood
16                          9595 West Quincy Ave.
                            Littleton, Co  80123
17
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

7

8        Richard Larry Self,
              Movant/Defendant
9                  -vs-
          United States of America,
10            Respondent/Plaintiff.

CV-13-8199-PCT-DGC (JFM)
CR-10-8036-PCT-DGC

**Order**

11          Movant filed with his Motion to Vacate (Doc. 1) a Memorandum in Support

12   (Doc. 2), including various exhibits, totally 143 pages.  The electronic copies of the

13   Motion to Vacate have become corrupted, with the result that certain pages have become

14   unreadable (physical pages 60-65 of the exhibits) and the entire file has become unstable.

15   Unfortunately, in the interim, the paper copies have been destroyed as a part of the

16   Court's regular paper destruction process.

17          Accordingly, Movant will be directed to again file his Memorandum in Support.

18   A copy of the Memorandum originally submitted may be filed with a cover notice

19   reflecting that it is being submitted pursuant to this Order.  The parties are cautioned that

20   this is not intended as an opportunity for the parties to amend or supplement their briefs

21   or the record without leave.

22          **IT IS THEREFORE ORDERED** that within fourteen days of the filing of this

23   Order, Movant shall refile his Memorandum in Support, filed July 29, 2013 (Doc. 2),

24   including supporting exhibits filed therewith.

25

26   Dated: September 15, 2014

27   13-8199o Order 14 09 11 re Supplem Memo.docx

James F. Metcalf
United States Magistrate Judge

28

1

# PRIORITY
# MAIL

## RATE ENVELOPE
★ ANY WEIGHT*

EP14F July 2013
OD: 12.5 x 9.5

01000014



TRACKED
INSURED *
★ ★ ★

7012 3460 0002 2201 1511

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7012 3460 0002 2201 1511

7012 3460 0002 2201 1511



SENDER

1. Article...
   ■ Complete items...
   ■ Print your name and...
   ■ Attach this card to...
      so that we can return...
      or on the front if space...

PS Form 3800, August 2006          See Reverse for Instructions

Sent To
U.S. Dist. Court, Clerk of the Court
401 w. washington st ste 130
Phoenix, AZ 85003-2119

City, State, ZIP+4

U.S. Courthouse Ste130
Phoenix, AZ 85003-2119
United States

Postage       $   5.60
Certified Fee      3.30
Return Receipt Fee
(Endorsement Required)   2.70
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees   $   11.60

Postmark
Here

OFFICIAL USE

For delivery information visit our website at www.usps.com®

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540 ;

S SECTION ON DELIVERY

Printed Name)          C. Date of Delivery

ddress different from item 1?   ☐ Yes
elivery address below:   ☐ No

☐ Agent
☐ Addressee



UNITED STATES
POSTAL SERVICE ®

PRIORITY MAIL
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

S FIRMLY TO SEAL



FROM

⇔30099-008⇔
Richard Self
Federal Correctional Institution
Englewood 9595 W Quincy
Littleton, CO 80123
United States

TO:

⇔30099-008⇔
Us Dist Court Clerk
401 W Washington ST Spc10
US Courthouse Ste130
Phoenix, AZ 85003-2119
United States



S000010000014

EP14F July 2013
OD: 12.5 x 9.5

USED INTERNATIONALLY,
CUSTOMS DECLARATION
ABEL MAY BE REQUIRED.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be

2/10/14

```
Sales Invoice  ---S.B.U.---
Englewood FCI
MAIN
Account No. 30099008      TF16565
SELF, RICHARD LARRY
02/10/2014 05:37:19 PM TX#2038766    30
----------------------------------------
BEGINNING BALANCES:
Available Balance is $36.54
Spending Limit Balance is $320.00
Account Balance is $36.54
========================================
Qty  Description              Price
========================================
  9 $1.00 STAMP              $9.00
  1 TEA KEEFE BAGS 48        $1.80
  1 TEA KEEFE BAGS 48        $1.80
  1 TOE NAIL CLIPPER         $0.85
  1 SAFETY SCISSORS          $5.15
  1 COFFEE TASTERS CH        $8.20
  3 COFFEE COLUMBIAN         $9.60
 -1 COFFEE TASTERS CH       ($8.20)
  1 COFFEE DECAF BOST        $2.50
  1 COFFEE COLUMBIAN         $3.20
 -1 COFFEE DECAF BOST       ($2.50)
  1 COFFEE COLUMBIAN         $3.20

           Total            $34.60

Charge 30099008    $34.60
----------------------------------------
Items marked with * are Local Use Only
----------------------------------------
ENDING BALANCES:
Available Balance is $1.94
Spending Limit Balance is $294.40
Account Balance is $1.94
----------------------------------------
       Fingerprint Verified
Signature-------------------------------

ALL SALES ARE FINAL
```

```
Sales Invoice  ---S.B.U.---
Englewood FCI
MAIN
Account No. 30099008      TF16565
SELF, RICHARD LARRY
07/18/2013 11:56:01 AM TX#1915722    32
----------------------------------------
BEGINNING BALANCES:
Available Balance is $8.53
Spending Limit Balance is $320.00
Account Balance is $8.53
========================================
Qty  Description              Price
========================================
  5 $.46 STAMP               $2.30
  1 COPY CARD NEW            $5.85
----------------------------------------
           Total             $8.15

Charge 30099008    $8.15
----------------------------------------
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $0.38
Spending Limit Balance is $320.00
Account Balance is $0.38
----------------------------------------
       Fingerprint Verified
Signature-------------------------------

ALL SALES ARE FINAL
```

## Receipt 1 (7/15/14)

Sales Invoice --- S.R.U. ---
Englewood FCI
MAIN
Account No. 30099008
SELF; RICHARD LARRY
07/15/2014 11:07:17 AM TX#2131020   7

TF16656

| Qty | Description | Price |
| --- | --- | --- |
| 1 | FINGERS TRADITION | $5.50 |
| 1 | FINGERS TRADITION | $5.50 |
| 4 | PEANUT BUTTER CRF | $5.80 |
| 1 | COTTON SWABS | $0.90 |
| 1 | SNAP DIAL 4 OZ | $0.90 |
| 1 | SNAP DIAL 4 OZ | $0.90 |
| 1 | SNAP DIAL 4 OZ | $0.90 |
| 1 | COFFEE COLUMBIAN | $14.00 |
| 5 | FOREVER STAMP | $3.92 |

BEGINNING BALANCES:
Available Balance is $76.64
Spending limit Balance is $320.00
Account Balance is $76.64

Charge 30099008                $3.92

Total                $3.92

Items marked with * are Local Use Only

Available Balance is $0.32
Spending limit Balance is $287.60
Account Balance is $1.32

Fingerprint Verified

Signature

All sales are final

## Receipt 2 (4/16/2014)

Sales Invoice --- S.R.U. ---
Englewood FCI
MAIN
Account No. 30099008
SELF; RICHARD LARRY
04/16/2014 10:49:45 AM TX#2077915   3

TF16757

| Qty | Description | Price |
| --- | --- | --- |
| 1 | COPY CARD NEW | $5.85 |
| 2 | CATALOG ENVELOPE | $0.30 |
| 1 | WRITING PAPER WHI | $0.85 |
| 1 | WRITING PAPER WHI | $0.85 |
| 1 | AAA POW/RMAX BATT | $1.50 |
| 1 | AAA POW/RMAX BATT | $1.50 |
| 1 | AAA POW/RMAX BATT | $1.50 |
| 1 | AIRFRY TARTLTS N | $1.50 |
| 1 | WHITE FAVRT/DPFR | $1.30 |
| 1 | COTTON SWABS | $0.90 |
| 1 | KIT KAT CANDY | $0.85 |
| 1 | TEA KFFEE RAGS 4R | $1.80 |
| 5 | TEA KFFEE RAGS 4R | $1.80 |
| 5 | COFFEE COLUMBIAN | $14.00 |
| 1 | PORK SKINS HOT | $1.30 |
| 1 | PORK SKINS HOT | $1.30 |
| 1 | FINGER 1 TCKN RTR | $1.20 |
| 1 | FINGER 1 TCKN RTR | $1.20 |
| 1 | CHFMFR/SOUR CREA | $1.20 |
| 1 | CHFMFR/SOUR CREA | $1.20 |
| 1 | WHITE CHEMDAR POP | $1.15 |
| 1 | WHITE CHEMDAR POP | $1.15 |
| 1 | WHITE CHEMDAR POP | $1.15 |

BEGINNING BALANCES:
Available Balance is $50.75
Spending limit Balance is $289.45
Account Balance is $50.75

Charge 30099008                $46.20

Total                $46.20

Items marked with * are Local Use Only

Available Balance is $4.55
Spending limit Balance is $250.60
Account Balance is $4.55

Fingerprint Verified

Signature

All sales are final

## Receipt 3 (4/10/14)

Sales Invoice --- S.R.U. ---
Englewood FCI
MAIN
Account No. 30099008
SELF; RICHARD LARRY
04/10/2014 05:36:59 PM TX#2074818   79

TF16565

| Qty | Description | Price |
| --- | --- | --- |
| 2 | CATALOG ENVELOPE | $0.30 |
| 1 | WRITING PAPER WHI | $0.85 |
| 1 | WRITING PAPER WHI | $0.85 |
| 1 | GREETING CARD BLA | $0.85 |
| 1 | COFFEE COLUMBIAN | $12.80 |
| 4 | COFFEE DECAF BOST | $2.50 |
| 3 | BEEF RAMEN LOW SO | $0.75 |
| 4 | KIT KAT CANDY | $3.40 |
| 1 | KIT KAT CANDY | $0.85 |
| 1 | PORK SKINS HOT | $1.30 |
| 1 | PORK SKINS HOT | $1.30 |
| 1 | WHITE CHEDDAR POP | $1.15 |
| 1 | WHITE CHEDDAR POP | $1.15 |
| 1 | SOUR CREAM & ONIO | $1.25 |
| 1 | SOUR CREAM & ONIO | $1.25 |
| 1 | COPY CARD NEW | $5.85 |

BEGINNING BALANCES:
Available Balance is $37.15
Spending Limit Balance is $320.00
Account Balance is $37.15

Charge 30099008                $36.40

Total                $36.40

Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $0.75
Spending Limit Balance is $289.45
Account Balance is $0.75

Signature

Fingerprint Verified

ALL SALES ARE FINAL