# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Larry Self, Movant/Defendant -vs- United States of America, Respondent/Plaintiff. | CV-13-8199-PCT-DGC (JFM) CR-10-8036-PCT-DGC **Order** |

Movant has filed a Motion to Vacate pursuant to 28 U.S.C. § 2255 challenging his conviction in the District of Arizona. Part of Movant's claims are assertions that trial counsel was ineffective with regard to the contents of the Presentence Report prepared in the underlying criminal proceeding pursuant to Federal Rule of Criminal Procedure 32(d). Resolution of those claims requires the Court's review of the final report and addenda pursuant to Rule 32(g), which has not been made a part of the record in this action, and is not available to the Court as part of the criminal prosecution.

**IT IS THEREFORE ORDERED** that the United States Probation Office for the District of Arizona shall file in this action, **UNDER SEAL**, the Presentence Report and addenda thereto with regard to Movant Richard Self in the case *U.S. v. Self*, CR-10-8036-PCT-DGC. The parties already being in possession thereof, the Clerk need not forward copies to the parties.

Dated: October 23, 2014

13-8199o Order 14 10 22 re PSR.docx

James F. Metcalf
United States Magistrate Judge

cc: U.S Probation Office, District of Arizona

1