UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Larry Self ) | CV-13-8199-PCT-DGC-(JFM) |
| Movant/Defendant ) | CR-10-8036-PCT-DGC |
| -VS- ) | |
| United States of America ) | Motion for Extention of Time |
| Respondent/Plaintiff ) | to answer Report & Recommendation |
| ) | |

Comes forth Richard Larry Self Movant/Defendant to ask this Honorable Court for a 30 day extention of time to answer the Report & Recommendation on the Movants motion to Vacate, Set Aside or Correct Sentence. The 14 days allowed is just not enough time to answer the 54 page matter under consideration. The Movant is acting in Pro Se and is not trained in the legal field, nor does he have the help of a Paralegal. The Movant has limited time in the Law Library, being he works from 7:30 am until 12:00 pm. Monday thru Friday.

Also if the Court could instruct the Clerk to send future document with the written or stamped words on the front of the envelope "LEGAL MAIL" the Movant/Defendant would recieve the mail from Court sooner. If not marked in this manner the mail is processed with the regular mail.

Respectfully Submitted this 10th Day of NOvember, 2014

_____
Richard Larry Self
Pro Se Representation

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  LRCivP 5.4
           (Rule Number/Section)

X FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 1 7 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
                    DEPUTY

CERTIFICATE OF SERVICE

I certify that on this 10th day of November, 2014, I Richard Larry Self sent by United States Mail the enclosed document to the U. S. District Court Clerk's office U. S. Courthouse Suite 130, 401 West Washington, Street SPC 1 Phoenix AZ 8500-3-2118

I also certify that on the same date I mailed by United States Mail a copy of the enclosed document to the U. S. Attorneys office (Heather Sechrist) Two Renaissonce Square, 40 North Central Avenue, Suite 1200. Phoenix, Az 85004

Richard L. Self
Reg. No. 30099-008

30099-008
Richard L Self
Federal Correctioal Institution
Englewood
9595 West Quincy Avenue
Littleton, CO 80123

RECEIVED DENVER CO 802

NOV 17 2014   13 NOV 2014 PM 4 L

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Legal Mail

U. S. District Court Clerk's office
U. S. Courthouse Suite 130
401 West Washington Street SPC 1
Phoenix, AZ 85003-2118

85003213099