# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Larry Self,<br><br>              Petitioner,<br><br>v.<br><br>USA,<br><br>              Respondent. | No. CV-13-08199-PCT-DGC<br><br>**ORDER** |

Pending before the Court is Petitioner's motion for extension of time to answer Report and Recommendation. Doc. 30.

**IT IS ORDERED** that the motion for extension of time (Doc. 30) is **granted**. Petitioner shall file his objections to the Report and Recommendation on or before **December 24, 2014.**

Dated this 19th day of November, 2014.

_____
David G. Campbell
United States District Judge