THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: Civle 5.4, 7.1 (a)(1)
(Rule Number/Section)

FILED ___ LODGED
RECEIVED ___ COPY
DEC 2 2 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

United States District Court
For The District Of Arizona

| | |
|---|---|
| United States of America | |
| Plantiff | Case No. CV-13-8199-PCT-DGC (JFM) |
| V. | Cr-10-8036-PCT-DGC |
| Richard Larry Self | |
| Defendant | MOTION FOR EXTENTION OF TIME TO FILE BRIEF ANSWERING R AND R |

Come now Richard Larry Self Defendant to ask this Honorable Court for a second extention of time to File his Answer to Magistrates Recommendation.

There Has been to many circumstances out of the Defendants control to complete on time.

There Has been Several Recalls (all inmates Back to Housing) And on This Day December 17, 2014 They Removed All The Typewriters because Someone Took a power cord. Do not know when They will be Returned for use, so I now Have to Rewrite everything Legible by Hand to present to the court.

Defendant asks This Honorable Court For a 60 day Extention of Time, Because of the Decays Suffered Already, And This Institution Has declared a 4 day Holiday For Christmas And New Years, So That will be 8 more days without the Law Library.

(1)

Also Because of Having To Send in a second copy of my Memorandum (Doc-2) at a cost of $29.15 To Replace the Copy That Became corrupted at no Fault to defendant. See (Doc 23-1 9/15/2014) Defendant Asked For Reimbursement. See (Doc 25 10/3/2014) was denied. The Ninth Circuit in U.S. v Feldman, 788 F.2d 625, 626 (9th Cir 1986). Concluded That "reasonably incurred expenses of an indigent defendant on appeal should normally be Reimbursed. Then magistrate used a 10th circuit case U.S. v. McElhiney, 369 F.3d 1168 (10th Cir 2004) to den Defendant A Reimbursment. Even Though material was in The Care of The District Court.

Defendant gets very Little monies from the outside, and depends on the few dollars a month He Makes at the Institution. The $29.15 was more Than Defendant Makes in one month.

Respectfully Submitted This 19th day of December 2014

Richard Larry Self
Reg. No. 30089-008
Federal Correctional Institution
Englewood
9595 West Quincy Avenue.
Littleton, CO 80123.

(2)