# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Larry Self,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>USA,<br><br>　　　　　　Respondent. | No. CV-13-08199-PCT-DGC<br><br>**ORDER** |

　　　　Pending before the Court is Petitioner's second motion for extension of time to answer Report and Recommendation.  Doc. 32.

　　　　**IT IS ORDERED** that the motion for extension of time (Doc. 32) is **granted**. Petitioner shall file his objections to the Report and Recommendation on or before **January 30, 2015.  Petitioner is reminded that the Report and Recoommendation was issued on October 31, 2014.  This is the second requested extension by Petitioner.  The Court will not grant further extension absent extraordinary circumstances.**

　　　　Dated this 30th day of December, 2014.

_____
David G. Campbell
United States District Judge