# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Larry Self,<br><br>               Petitioner,<br><br>v.<br><br>USA,<br><br>               Respondent. | NO. CV-13-08199-PCT-DGC (JFM)<br>CR-10-08036-PCT-DGC<br><br>**JUDGMENT** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED adopting the Report and Recommendation of the Magistrate Judge as the order of this court; defendant's motion pursuant to 28 U.S.C. 2255 to vacate, set aside or correct a sentence is denied and the civil action opened in connection is hereby dismissed.

                                          Brian D. Karth
                                          District Court Executive/Clerk of Court

April 16, 2015

                                          s/ Alan Leon-Guerrero
                             By   Deputy Clerk