HIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
O FEDERAL AND/OR LOCAL RULES AND PRACTICES
ND IS SUBJECT TO REJECTION BY THE COURT

REFERENCE ___LR CV 5-4___
(Rule Number/Section)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Richard Larry Self            )
                              )
            Petitioner,       )
                              )   NO. CV-13-08199-PCT-DGC (JFM)
V.                            )       CR-10-08036-PCT-DGC
                              )
United States of America      )   Notice of intent to appeal District
                              )   Court Denial of 28 USC §2255 Motion
            Respondent        )   to Vacate, Set aside, or correct a
                              )   Sentence, and certificate of appeal.
                              )
_____)

Comes forth Richard Larry Self to give notice of the Petitioner/Movant intention to Appeal the decision of this Honorable Court to Deny the 28 U.S.C. §2255 Motion to Vacate, Set aside, or Correct sentence and the denial of Certificate of Appeal (COA) on any issue of the violation of his 4th, 5th, 6th and 14th amendment rights of the Constitution of the United States, and the violations of the Federal Rules of Criminal Proceedure 32, and 41

   This Appeal will be made to the United States Court of Appeals for the Ninth Circuit.

           Ninth Circuit Court of Appeals
           James R Browning, United States Courthouse
           95 Seventh Street
           San Francisco, CA  94103-1518

   Any forms needed to appeal to the Appeals Court, inregurds to the 28 USC §2255 Motion and to Request the right to Appeal under Certificate of Appeal, that need to be filled out would be appreciated if sent to me as soon as possible.

           Respectfully Submitted this 22nd Day of April 2015

                                   *Richard Larry Self*
                                   Richard Larry Self
                                   Reg. No. 30099-008
                                   FCI Englewood
                                   9595 West Quincy Avenue
                                   Littleton, CO  80123

CERTIFICATE OF SERVICE

This is to certify that on April 22, 2015 I Richard Self did mail by first class mail this document. Mail to:

        Clerk of the Court
        United States Courthouse
        401 West Washington Street, suite 130
        Phoenix, AZ   85003

*/s/ Richard Larry Self*
Richard Larry Self
Reg. No. 30099-008

I Richard Self also certify that on April 22, 2015 I Richard Self did mail by First class mail a copy of this document to:

        U.S. Dept. of Justice
        Heather Sechrist
        Assistant U.s. Attorney
        Two Renaissance Square
        40 North Central Ave., Suite 1200
        Phoenix, AZ 85004-4408

*/s/ Richard Larry Self*
Richard Larry Self
Reg. No. 30099-008