UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 26 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>RICHARD LARRY SELF, AKA Richard Self,<br><br>    Defendant - Appellant. | No. 15-15855<br><br>D.C. Nos.   3:13-cv-08199-DGC<br>                   3:10-cr-08036-DGC-1<br>District of Arizona<br><br><br>ORDER |

Before:  GRABER and N.R. SMITH, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). Any pending motions are denied as moot.