

**15-15855 USA v. Richard Self "Dispositive Order Filed"**

ca9_ecfnoticing   to:   08/26/2015 09:57 AM

From: ca9_ecfnoticing@ca9.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

Notice of Docket Activity

The following transaction was entered on 08/26/2015 at 9:55:53 AM PDT and filed on 08/26/2015

Case Name: USA v. Richard Self
Case Number: 15-15855
Document(s): Document(s)

Docket Text:
Filed order (SUSAN P. GRABER and N. RANDY SMITH) The request for a certificate of appealability is denied. See 28 U.S.C. § 2253(c)(2). Any pending motions are denied as moot. [9661011] (SML)

Notice will be electronically mailed to:

Honorable David G. Campbell, District Judge
Ms. Heather Sechrist, Assistant U.S. Attorney
USDC, Prescott, District/Bankruptcy Clerk

Case participants listed below will not receive this electronic notice:

Richard Larry Self
FCI - FEDERAL CORRECTIONAL INSTITUTION - ENGLEWOOD
9595 W. Quincy Ave.
Littleton, CO 80123

The following document(s) are associated with this transaction:
Document Description: Main Document
Original Filename: 15-15855.pdf
Electronic Document Stamp:
[STAMP acecfStamp_ID=1106763461 [Date=08/26/2015] [FileNumber=9661011-0]
[9e259f52a936439ca5ba03bd4060fa7423005f6435c1921f2a36b965e6fe5c33bac094ab250cebe071fb8f6
9fb7f28b37514beee534797d17ea84e2656085cda]]

The following information is for the use of court personnel:

DOCKET ENTRY ID: 9661011
RELIEF(S) DOCKETED:
  COA DENIED (CLOSING)
DOCKET PART(S) ADDED: 10947770, 10947771, 10947772