```
_____ FILED        _____ LODGED
__V__ RECEIVED     _____ COPY

    JUN 0 3 2019

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

```
                              R E C E I V E D
                              MOLLY C. DWYER, CLERK
                              U.S. COURT OF APPEALS

IN THE UNITED STATES COURT OF APPEALS     JUN 0 3 2019
       FOR THE NINTH CIRCUIT
                                          FILED_____
                                          DOCKETED_____
                                                 DATE        INITIAL
```

| | | |
|---|---|---|
| RICHARD LARRY SELF | § | **MOTION FOR PRO SE PLEADING** |
|     Petitioner, Pro Se, | § | **TO BE LIBERALLY CONSTRUED** |
| | § | |
| V. | § | Case No. 3:18-cv-08070-DGC-MHB |
| | § |           3:13-cv-08199-PHX-DGC |
| UNITED STATES OF AMERICA, | § |           3:10-cr-08036-DGC-1 |
|     Respondent, | § | |
| | § | |

## ** DISCLAIMER **

Where plaintiff is indigent and unable to afford the representation
of professional counsel, he is, therefore, forced to proceed Pro Se,
and as such, plaintiff requests that his Pro Se pleading be liberally
construed, and/or allowed to be given leave to adequately amend his
pleading(s) if necessary.


** See; **Erickson V. Pardus**, 551 U.S. 89, 94 (2007); Which held
   that "[a] document filed pro se is to be liberally construed,"
   as "a pro se pleading, however inartfully pleaded, must be held
   to less stringent standards than formal pleadings drafted by
   lawyers."


                              Respectfully submitted.


_____                    _____
      Date                          Richard Larry Self
                                    Petitioner / Pro Se
                                    Reg. No. 30099-008

R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUN 03 2019

FILED _____
DOCKETED _____
                DATE         INITI

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| RICHARD LARRY SELF | § | |
| PETITIONER | § | Case No. |
| | § | 3:18-cv-08070-DGC-MHB |
| Vs. | § | 3:13-cv-08199-PHX-DGC |
| | § | 3:10-cr-08036-DGC-1 |
| UNITED STATES OF AMERICA | § | |
| RESPONDENT | § | |
| | § | |

## 52 (b) MOTION

Comes now Richard Larry Self, Pro Se with this 52(b) motion of plain and clear error.

Fed. R. Crim. Proc. 52(b) Plain error:  An error that is so obvious and prejudicial that an appellate Court should address it despite the parties failure to raise a proper objection at trial

Plain Error requires four components: **First** There must indeed be an error; that is, a non-waived deviation from legal rule.  **Second,** the plain error must be plain, Plain synonymous with clear or, equivalently, obvious **Third,** Appellant must demonstrate that the plain error affected his substantial rights, in sentencing, appeals, this requires showing a reasonable probability that he would have received a different sentence but for the error. **Finally,** Courts of Appeals typically correct plain forfeited error affecting substantial rights only if the error seriously affects the fairness, integrity or public reputation of judicial proceedings.

On February 13, 2019, notice was given of the receipt of Mr. Self's Judicial Misconduct Complaint. Docket numbers, 19-90041, 19-40042, 19-40043, 19-40044 and 19-40045 were respectively assigned to that matter.

On March 25, 2019, an order of dismissal was issued by Chief Justice Thomas, stating Mr. Self's allegations relate directly to the merits of the judges' rulings and must be dismissed. See 28 U.S.C. § 352(b)(1)(A)(ii).

So this can only be construed as Plain and Clear Error. **First;** The District Court over looked the fact Mr. Self had brought this to the courts attention in a letter to the judge, in reguards to the Particularity of the warrants. (See Doc. 96 03/14/2011 PG 5)[Exhibit A].The District Court judge stated twice that he had read the letter (See Doc. 95 03/14/2011). This was done because Mr. Self's Attorney refused to submit a motion for suppression. Stating the agents would only be given the "good faith exception" but this not true. Under Groh v. Rameriz, 540 U.S. 515, the stated that "no reasonable officer could have believed that a warrant that plainly did not comply with the Fourth Amendment's Particularity requirement was valid". The officers in that case were not entitled

[1]

In —.U.S.—, 197 L.Ed.2D 678, Bank of America V. City of Miami, (Quoting Gladstone Realtors V. Village of Bellwood, 441 U.S. 91, 60 L.Ed.2d 66); Stare decisis principles compel the court's adherence to those precedents, and principles of statutory interpretation demand that the court respect congress' decision to ratify those precedents when it reenacted the relevant statutory.

H Packing & Sales co., V. Tanimura Dist., 850 F.3d 446, 456 (9th cir. 2016)(Citing United States V. Lucas, 963 F.2d 243, 247 (9th cir. 1992)(noting that subsequent panels are barred by prior panel decisions and only the en banc Court may overrule panel precedent?) In Re Osborne, 76 F.3d 306, 309 (9th cir. 1996); ("[T]he doctrine of stare decisis concerns the holdings of previous cases, not the rationals[.], and in Simmonds V. Credit Suisse Sel (USA) LLC., 638 F.3d 1072 (9th cir. 2010); the District Court is bound by stare decisis to apply our holdings.

**Second,** The error is very plain and clear, all you have to do is look at the face of the warrant to see there is no description of the places to searched nor items to be seized, with in the four corners of the warrant. There is also no incorporation of the affidavit. (See Exhibit B). In Groh V. Ramirez, supra, on Certiorari, the United States Supreme Court affirmed (1) the warrant was invalid, and the search was clearly unreasonable, in violation of the Fourth Amendment, for among other matters, (a) the warrant failed altogether to comply with the Fourth Amendment's unambiguous requirement that the warrant particularly describe the persons or things to be seized; (b) the fact the application for the warrant adequately describe the things to be seized did not save the warrant facial invalidity; (c) By not describing the items to be seized at all, the warrant was so obviously deficient that the search had to be reguarded as "warrantless"

So the Court can see that this search was unconstitutional and warrantless. Most Courts construe a warrant with reference to a supporting document or affidavit if (1) the warrant uses appropriate words of incorporation, and (2) the supporting document accompanies the warrant

SDI Future Health INC., 568 F.3d 684, 690 (9th cir. 2009) "the affidavit either [be] attached physically to the warrant or at least accompan[y] the warrant while agents execute the search ... courts consider an affidavit to be part of the warrant, and therefore potentially curative of any defect.

**Third;** By the failure to adhere to the Constitution and the holdings of the Supreme Court, and the ninth Circuit Court of Appeals, the District Court as well as the four judges this honorable Court, violated the Fourth Amendment of the Constitution, thereby violated Mr. Self's constitutional rights, and

substantial rights, by statute, and holding of the Courts.

**Finally;** It does seriously effects the fairness, integrity and  public reputation of the judicial proceedings.

Barnes V. Gorman, 536 U.S. 181, 189 (2002); Our conclusion is consistent with the "well settled" rule that "where legal rights have been violated, and a Federal Statute provides for a general right to sue, for such invasion, Federal Courts may use any available remedy to make good the wrong done" Bell V. Hood 327 U.S. 678, 684 (1946).

Mickens V. Taylor, 535 U.S. 162 (2001)(quoting Offutt V. United States, 348 U.S. 11 (1954)"Justice must satisfy the appearance of justice"

**Conclusion;** Mr Self believes he has shown this court that both his constitutional rights, and substantial rights have been violated, and it is very plain and clear.. That his sentence should be remanded and vacated for these reasons. (1) The lack of particularity in the warrant. (2) The lack of incorporation of the affidavit on the face of the warrant. (3) The lack of the presents of the affidavit at the execution of the warrant, by a person and persons [8 total agents and officers] not being the author of the warrant. (3) By Supreme Court holding there would be no reasonable officer to believe the warrant was legal. (4) And this case should be treated like, like case's.

Submitted this _____ day of _____, 2019

_____
Richard Larry Self
Reg. No. 30099-008
FCI Englewood
9595 West Quincy Ave.
Littleton, CO 80123

[4]

EXHIBIT   A

EXHIBIT   A

EXHIBIT   A

EXHIBIT   A

EXHIBIT   A

FILED ___ LODGED
RECEIVED ___ COPY

MAR 1 4 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

MARCH 5 2011

Honorable David G Campbell
United States Court
401 W Washington St. Room 603
Phoenix, Az 85003

CR 10-8036-01-PCT-DGC

RE: United States V. Richard Larry Self
CR-10-8036-PCT-DGC

Honorable David G Campbell
On Nov 17 2010 I came into your Court Electing my Right to a Fair Hearing by Jury. The Jury I got, but I don't see the Fair Hearing. When I was Not Allowed to Call witnesses in my Behalf, I could Not Testify for my self. I asked the Court on Two different occations, But was denied Both times. As a Result my public defendr never give me a defense; she never even cross examed witnesses. So Dean Seam was Allowed to Enter perjered Testimony, And Shari Jeanne Self was Allowed to perjure herself with Coached Testimony.

Shari Jeanne Self suffered a stroke a few years Earlier, that Effected Her short term memory, She has to write Down Day to Day things to Do or She forgets. I think you can Remember she could Not Remember How to open the Computer she used for over a year Every day. My public defender Jane McClellan knew all of this information and still did not cross exam. Shari Had Already Lied in Two different Courts in Two Counties Yauapia County And Mojave County. Jane knew this and Had the Paperwork, And still did Not Cross exam.

Jane McClellan never interviewed Any of my proposed witnesses, she put off Hearing Dates, with out Talking to me about it. The was Never Any Communication between us. She spent more Time Conspiring with The U.S Attorney Than she did Talking to me, About the case. I think this case was way over Her Head. She Admitted To me she Had No Computer Knowledge And Little Skill with one, She Had a Expert check my Computer, but never used any infor. She Told me from The Time we meet. She Thought I was



guilty. never once did she listen to what I had to say and the theories I had on how this came about.

I believe it says in the 6th amendment. I have to Right to procure witnesses and have the assistence of counsel. websters dictionary defines assistence as: to support, help, aid. I cannot see were I was given any of that. She always did when, want she wanted.

And now in the probation report she is allowing them to attack my two Daughters. Dawn is Downs syndrom. And the sunshine of my life, when you ask her leading questions the answers will always be yes. And Robin has not lived in my household from the time she was 18 (1990) until late 2007 when her and her husband were getting a divorce. She helped with her mother in the last few months of her life, I have done nothing but be there for my kids all 2 of them. Even the one. that's caused all of this trouble. it is not the first time Berneta sehm has tried to get me or her mother in trouble. She had it in mind if she could break us up she could get her mom and dad back together.

Dennis sehm has not been in my house since august 2006 the last time Berneta sehm (step-Daughter) was in my house was on august 23 - 2007 when she forced her mom out of the house of her death bed and took her to a notory and had a will signed that Berneta herself wrote, 23 days later her mother passed. prior to that the last time she was at my house was august 2006. And since she has not been in my home.

Like it never was brought up in court by my public defender that the case in question and usb thumbs were not her my. I only owned three thumbs not the 14 or so depicted in court. (this could have been proven by witnesses) the case were not nine (this could have been proven in court) the Down load time was impossible for me if they would have done the math. I give it to my attorney, 371 miles from Henderson NV to Phoenix AZ traveling US. 95 to US 62 - into parker arizona. continuing on arizona 95 to I10 at quartzsite. then east on I10. to 5th ave exit. 90% of this is two lane Rd. I drive this in 5.5 hours that averages 67 miles per hour. that would never give me the time it would take to find a place along 2 lane hwy. to safely park



to get The equipment out, set it up, get on my ISP. Then onto the selected site, do a 8 min Download. once you leave Searchlight NV, Till you get to quartzite there is very little phone service, Jane never brought any of this up.

I had witnesses to prove I was no writer, that I am a very computer Dumby. I always had to get one of my kids to show me. I never even owned a computer until March 2008. The Desk top was my wife's and she had a laptop that was given to Dawn I never thought I would need one, then my wife of 35 years died and left everything for me to do, I don't know how I would of managed without my kids, specially my son James and Daughter-in-law Laura, that have lived with us or us them as next door for 30 years. And my Daughter Robin that gave so much of her life to help me and her sister Dawn. And now she's being persecuted for doing it by her Half-sister.

All of this By Bennetts and Deans sahm to get hardinships of Dawn, It's Funny she was making Commits about me being in trouble days before the 1st Search of my Home. And her Fibing with the Courts Starting in Maricopa County, Surprise Court. were They found nothing wrong and refused her Custody, then all of a Sudden I'm arrested. And she Fibing in youapai Court using the molestation and other charges against me, there was never no molestation at the hearing at Surprise. Add into her.

Jane didn't Bring up the Fact I never even carried my thumbs on disc on the truck, for Fear of them getting Damaged, lost, or stollen, And the fact that they had been missing for the prior 3 weeks, or of the Fact that Dean sahm works Inferoot 2 Blocks From were I did, He was a Top tier with Ryder Trucks, winning many awards for this, And our trucks are kept behind a un Fenced Buildding, going to and from work He passes with in 1/2 a Block. He knew my truck and truck number. Dean Schmurtz also very Knolegable of the Law, His Fath was a peace officer And Correctione officer in Arizona,

I have never Done Anything to Harm a child, mine or any one else's, I even Helped Raise 2 of my grandaughters, I have worked Hard to make Sure they Had the things to be a child



to Holding down 2 Jobs or being gone for a week at a time working construction to be sure they had the TV's, Bikes, games, and to be able to take them places like sea world, marine world africa USA, mission bay park, magic mountain, to buy them the guns and motorcycles, it should of been to be a child it should never Hurt, and I Have dedicated my life to my children I Have never Hurt one of them and would never do so, and if the probation dept or any one else would Have asked them they would Have told them so, but the only one they talked to was Bernstine dehm,

    Dawn is not afraid of me, if we could be put in the same room it would be told, And she is always asking were Her Daddy poppa is, me going to prison don't bother me near as much as what they are doing to Here, I was not allowed to go to the Gaurdianship Hearing on April 13 2010 So I lost Her, now I was not given a chance for a Twin Hearing so I will be going to prison for something I never did nor would ever think of doing, but at least I Have my families support and Knowledge I could never Hurt a child,

    Sorry I sound bitter, but I seen a lot of faults and failures in a system I always believed in, I always thought and believed in the constitution of this country, the Bill of rights, our civil rights, but I also see they are out the window also, in some of the decisions I seen from the supreme court and the several court of appeals, if I might include a few:

    IMBLER V PACHTMAN 424 US409 (1976): They may violate civil rights in INITIATING prosecution and presenting a case. They may Knowingly use FALSE Testimony. (SAME CASE)

    Second CIRCUIT FEDERAL COURT OF APPEAL: Immunity extends to all activities closely associated with LITIGATION OR POTENTIAL LITIGATION. DAVIS V GRUSEMEYER 996 F.2d 617 (1993)

    Nineth CIRCUIT FEDERAL COURT OF APPEAL: They may now only OFFER PERJURED Testimony, JONES V SHANKLAND 800 F.2d 310 (1987)



tenth Circuit Federal Court of appeal. They may knowingly file Charges against Innocent persons for a crime that never occured. Norton V Liddell 620 F2d 1375 (1980)

What ever Happened to Count Inlay like in (1803) When Chief Justice John Marshall Said in Mulbury V Madison; that it was the duty of the Judiciary to Say what Law is including Expounding and Interpreting that Law. the Law contained in the Constitution, He Said was paramount.

in a letter to James Madison by Thomas Jefferson Dated Dec 20. 1787. Said. "A bill of rights is what the people are entitled to against Every government on earth, General or particular, And what no Just Government Should refuse. or Rest on inference"

I was lead to believe due process of Law was guaranteed in the 5th, 6th and 14th amendments and right to protection of illegal Search and Seizure in the 4th. But it Seems even those rights + Laws factured;

United States V Havens (1980) accused use of Illegally Abtained Evidence to contradict a defendants Testimoney

United States V Salvacci (1980) Restricted a defendants 'Automatic Standing" to Challenge Search And Seizure.

Like it was my understanding under the Miranda V Arizona (1966) Ruling An Arrested person must be warned of The Right to remain Silent; of the Right to An Attorney. Which one will be Provided if defendant Cannot Afford one. "A Soon as the Arrest is made"

These Facts Now, the Search warrent of the House did Not Include, the reason for the Search nor the Items that could be Seized, the Scope of the travel, it was never Shown A warrant Given a Copy of one nor a receipt for Items Seized nor was Shown. Given one. two our persons were Searched with out warrant on Arrest, Copies of Numbers from Various Cards were taken from my Wallett.

And I was not given my Miranda rights at time of arrest, nor was I given an Attorney when I asked on 3 diffent occations before going to Court. All of this was Brought to my Public Defenders attention which she decided to ignore instead of investigate.

because of all the reason I've mentained I will not Appeal this case, I do not want to be put thru the Enbarrisment and Humiliation again, because if I loose, no say so in the out come of my life. So I leave my life in your Hands. With the Knowledge that there is a lot of evidence For this defense that was never produced because I had a public defender that never wanted to go to trial. She continually tried to get me to sign a plea agreement Barry, before one was even given.

its sad to think so many are conditioned to believe that if they go to Court, that they will get a Fair trial, that they will Have Justice. and better yet a remedy, while only 2% might.

its sad to see a Person take his rights to a Fair Hearing and be punished For doing so. its sad to see a system where you uphold your right to testifury for yourself and be called a lier and recieve an additional 2 years because you lost.

I believe with a System like this we all lose I believe as Barry Goldwater said "Our Constitutional Government is the Finest thing devised by man Why Screw with it."

I only Hope Jane McClellin realizes how many lives she has effected by her decision of not defending me effected, besides my own. or is it as my grandson dropped out of Law school in his second year. (top five in his class) Says, "Grandpa, Seeing what they are doing to you I can not in clear conscience Finish Law School. I was under the impression that our System was a system of Justice For all!" He is now in Engineering school at San diego State. (Sad)

Richard Larry Self

EXHIBIT  B

EXHIBIT  B

EXHIBIT  B

EXHIBIT  B

EXHIBIT  B

EXHIBIT  B

AO 93  (Rev. 01/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | )    Case No. 10 - 4091MB |
| | ) |
| 2007 Kenworth W900 Semi-Tractor/Truck | ) |
| VIN #1XKWD48X87R185271, Unit #157 | ) |

## SEARCH, SEIZURE AND FORFEITURE WARRANT

To:    Any authorized law enforcement officer

    An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Arizona _____
*(Identify the person or describe the property to be searched and give its location):*

See Attachment A

    The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

See Attachment B

    I find that the affidavit(s), or any recorded testimony, establish probable cause to search, seize and hold for possible forfeiture proceedings the person or property.

    **YOU ARE COMMANDED** to execute this warrant on or before    3 - 3 - 10   
                                                                 *(not to exceed 14 days)*

☐ In the daytime  6:00 a.m. to 10 p.m.    ☒ at any time in the day or night as I find reasonable cause has been established.

    Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

    The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
     _*Mark E. Aspey*_
            *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                      ☐ until, the facts justifying, the later specific date of _____

Date and time issued:  2-17-10  3:20 P.M.          _*Mark E. Aspey*_
                                                         *Judge's signature*

City and state:    Flagstaff, Arizona _____         MARK E. ASPEY, U.S. Magistrate Judge
                                                        *Printed name and title*

0031

AO 93  (Rev. 01/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

### for the
### District of Arizona

| | |
|---|---|
| In the Matter of the Search of | ) |
| (Briefly describe the property to be searched | ) |
| or identify the person by name and address) | )    Case No.   10-04017MB |
| | ) |
| 5750 North Desert Pine Road | ) |
| Rimrock, Arizona 86335 | ) |

### SEARCH, SEIZURE AND FORFEITURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Arizona _____ (identify the person or describe the property to be searched and give its location):

See Attachment A

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search, seize and hold for possible forfeiture proceedings the person or property.

YOU ARE COMMANDED to execute this warrant on or before _____ 2-10-10 _____ .
(not to exceed 14 days)

☒ In the daytime  6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

_____
(name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box) ☐ for _____ days (not to exceed 30).
☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: 1-27-10   3:40 p.m.   _____
Judge's signature

City and state:   Flagstaff, Arizona   MARK E. ASPEY, U.S. Magistrate Judge
Printed name and title

01235

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| RICHARD LARRY SELF | § | Case No. |
| PETITIONER | § | 3:18-cv-08070-DGC-MHB |
| | § | |
| Vs. | § | 3:13-cv-08199-PHX-DGC |
| | § | |
| UNITED STATES OF AMERICA | § | 3:10-cr-08036-DGC-1 |
| RESPONDENT | § | |
| | § | |

---

52 (b) MOTION

---

Comes now Richard Larry Self, Pro Se with this 52(b) motion of plain and clear error.

Fed. R. Crim. Proc. 52(b) Plain error:  An error that is so obvious and prejudicial that an appellate Court should address it despite the parties failure to raise a proper objection at trial

Plain Error requires four components: **First** There must indeed be an error; that is, a non-waived deviation from legal rule.  **Second,** the plain error must be plain, Plain synonymous with clear or, equivalently, obvious **Third,** Appellant must demonstrate that the plain error affected his substantial rights, in sentencing, appeals, this requires showing a reasonable probability that he would have received a different sentence but for the error. **Finally,** Courts of Appeals typically correct plain forfeited error affecting substantial rights only if the error seriously affects the fairness, integrity or public reputation of judicial proceedings.

On February 13, 2019, notice was given of the receipt of Mr. Self's Judicial Misconduct Complaint. Docket numbers, 19-90041, 19-40042,  19-40043, 19-40044 and 19-40045 were respectively assigned to that matter.

On March 25, 2019, an order of dismissal was issued by Chief Justice Thomas, stating Mr. Self's allegations relate directly to the merits of the judges' rulings and must be dismissed. See 28 U.S.C. § 352(b)(1)(A)(ii).

So this can only be construed as Plain and Clear Error. **First;** The District Court over looked the fact Mr. Self had brought this to the courts attention in a letter to the judge, in reguards to the Particularity of the warrants. (See Doc. 96 03/14/2011 PG 5)[Exhibit A].The District Court judge stated twice that he had read the letter (See Doc. 95 03/14/2011). This was done because Mr. Self's Attorney refused to submit a motion for suppression. Stating the agents would only be given the "good faith exception" but this not true. Under Groh v. Rameriz, 540 U.S. 515, the stated that "no reasonable officer could have believed that a warrant that plainly did not comply with the Fourth Amendment's Particularity requirement was valid". The officers in that case were not entitled

[1]

to qualified immunity. So there was no excuse for the Attorney not have filed
a motion for suppression.

In Groh V. Ramirez, 540 U.S. 515 (2004); The Court states; The Federal
Constitution's Fourth Amendment by its terms require particularity in a warrant
not the supporting documents.

This decision was made upholding that\of the Ninth Circuit Court of Appeals
Ramirez V. Butte-Silver Bow County, 298 F.3d 1022 (9th cir, 2002); To satisfy
the Fourth Amendment, a search warrant must describe with particularity the
place to be searched and the items to be seized; U.S. Constitution Amendment
IV.

Again in United States V. Wong, 334 F.3d 831, 832 (9th cir. 2003): The
Fourth Amendment requires that the warrant particularly describe both the place
to be searched and the person or things to be seized. The Description must be
pacific enough to enable the person conducting the search reasonably to identify
the things authorized to be seized, and prevent general exploratory searches
and indiscriminate rummaging through a persons belongings. This requirement
and  accompanying affidavit, once properly noted on the face of the warrant,
is especially needed were agents and officers are unfamiliar with the warrant
affidavit requirement enforce the search warrant, which was written by a person
other than the one that is there and in charge of  the search.

Agent Schable was the author of the affidavit, but was not at the the
time the warrant was executed. Agent John Koski was in charge of the execution
of the warrant. Agent Schrable was on approved leave when the warrant was executed.
See (Doc. 79 11/18/2010) Also (See Exhibit B, Warrants).

The Ninth Circuit Decided in United States V. Sedaghaty, 728 F.3d 885,
925 (9th cir. 2012)(Quoting Doe V. Groody, 361 F.3d 232, 239-241 (3rd Cir. 2004);
"it is simple logic that when an affidavit is not incorporated the enforcement
is precluded from relying upon it, and to do so would exceed the scope of the
warrant.

There is just no justifiable reason why the District Court would rule
against the constitution, the holdings of the Supremem Court and the holdings
of the Ninth Circuit.

Mr. Self has filed numerous motions with the District Court and every
time the court has ruled against the Fourth Amendment Particularity Requirement.
The Circuit Court ruled against Mr. Self when asking for appeal on the denial
of COA and on his motion for Reconsideration for the COA.

In —.U.S.—, 197 L.Ed.2D 678, Bank of America V. City of MIami, (Quoting Gladstone Realtors V. Village of Bellwood, 441 U.S. 91, 60 L.Ed.2d 66); Stare decisis principles compel the court's adherence to those precedents, and principles of statutory interpretation demand that the court respect congress' decision to ratify those precedents when it reenacted the relevant statutory.

H Packing & Sales co., V. Tanimura Dist., 850 F.3d 446, 456 (9th cir. 2016)(Citing United States V. Lucas, 963 F.2d 243, 247 (9th cir. 1992)(noting that subsequent panels are barred by prior panel decisions and only the en banc Court may overrule panel precedentQ) In Re Osborne, 76 F.3d 306, 309 (9th cir. 1996); ("[T]he doctrine of stare decisis concerns the holdings of previous cases, not the rationals[.], and in Simmonds V. Credit Suisse Sel (USA) LLC., 638 F.3d 1072 (9th cir. 2010); the District Court is bound by stare decisis to apply our holdings.

**Second,** The error is very plain and clear, all you have to do is look at the face of the warrant to see there is no description of the places to searched nor items to be seized, with in the four corners of the warrant. There is also no incorporation of the affidavit. (See Exhibit B). In Groh V. Ramirez, supra, on Certiorari, the United States Supreme Court affirmed (1) the warrant was invalid, and the search was clearly unreasonable, in violation of the Fourth Amendment, for among other matters, (a) the warrant failed altogether to comply with the Fourth Amendment's unambiguous requirement that the warrant particularly describe the persons or things to be seized; (b) the fact the application for the warrant adequately describe the things to be seized did not save the warrant facial invalidity; (c) By not describing the items to be seized at all, the warrant was so obviously deficient that the search had to be reguarded as "warrantless"

So the Court can see that this search was unconstitutional and warrantless. Most Courts construe a warrant with reference to a supporting document or affidavit if (1) the warrant uses appropriate words of incorporation, and (2) the supporting document accompanies the warrant

SDI Future Health INC., 568 F.3d 684, 690 (9th cir. 2009) "the affidavit either [be] attached physically to the warrant or at least accompan[y] the warrant while agents execute the search ... courts consider an affidavit to be part of the warrant, and therefore potentially curative of any defect.

**Third;** By the failure to adhere to the Constitution and the holdings of the Supreme Court, and the ninth Circuit Court of Appeals, the District Court as well as the four judges this honorable Court, violated the Fourth Amendment of the Constitution, thereby violated Mr. Self's constitutional rights, and

[3]

substantial rights, by statute, and holding of the Courts.

**Finally;** It does seriously effects the fairness, integrity and  public reputation of the judicial proceedings.

Barnes V. Gorman, 536 U.S. 181, 189 (2002); Our conclusion is consistent with the "well settled" rule that "where legal rights have been violated, and a Federal Statute provides for a general right to sue, for such invasion, Federal Courts may use any available remedy to make good the wrong done" Bell V. Hood 327 U.S. 678, 684 (1946).

Mickens V. Taylor, 535 U.S. 162 (2001)(quoting Offutt V. United States, 348 U.S. 11 (1954)"Justice must satisfy the appearance of justice"

**Conclusion;** Mr Self believes he has shown this court that both his constitutional rights, and substantial rights have been violated, and it is very plain and clear.. That his sentence should be remanded and vacated for these reasons. (1) The lack of particularity in the warrant. (2) The lack of incorporation of the affidavit on the face of the warrant. (3) The lack of the presents of the affidavit at the execution of the warrant, by a person and persons [8 total agents and officers] not being the author of the warrant. (3) By Supreme Court holding there would be no reasonable officer to believe the warrant was legal. (4) And this case should be treated like, like case's.

Submitted this _____ day of _____, 2019

_____

Richard Larry Self
Reg. No. 30099-008
FCI Englewood
9595 West Quincy Ave.
Littleton, CO 80123

[4]

EXHIBIT   A

EXHIBIT   A

EXHIBIT   A

EXHIBIT   A

EXHIBIT   A

FILED          LODGED
RECEIVED        COPY

MAR 1 4 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

MARCH 5 2011

Honorable David G Campbell
United States Court
401 W Washington St. Room 603
Phoenix, AZ 85003

CR 10-8036-01-PCT-DGC

RE: United States V. Richard Larry Self
    CR-10-8036-PCT-DGC

Honorable David G Campbell
    On Nov 17 2010 I came into your court Electing my Right
to a fair Hearing by Jury. The Jury I got, but I don't see
the fair Hearing. When I was not allowed to call witnesses
on my Behalf, I could not testify for myself. I asked the court on
two different occations, but was denied both times. As a result
my public defender never give me a defense; she never given
crossexamed witnesses. So Dean Sehm was allowed to
enter purdered testimony, and Shari Jeanne Self was
allowed to purdure herself with coached testimony.
    Shari Jeanne Self suffered a stroke, a few years
earlier, that effected her short term memory. She has to
write down day to day things to do or she forgets.
I think you can remember she could not remember how
to open the computer she used for over a year every day
    My public defender Jane McClellan knew all of
this information and still did not crossexam. Shari had
already lied in two different courts in two counties
Yavapia county and Mojave county. Jane knew this and
had the paperwork, and still did not crossexam
    Jane McClellan never interviewed any of my proposed
witnesses, she put off Hearing dates, without talking to me
About it. There was never any communication between
us. She spent more time conspiring with the U.S. attorney
than she did talking to me, about the case. I think this
case was way over her Head. She admitted to me she had
no computer knowledge and little skill will one, she had
a expert check my computer, but never used any info
she told me from the time we meet. She thought I was



zesity. Never once did she listen to what I had to say and the Theories I had on how This came about.

I believe it says in The 6th Amendment, I have to Right to procure witnesses and have the assistence of counsel. websters dictionary defines assistence as: To support, help. Aid. I cannot see were I was given any of That. She always did when, what she wanted.

And Now in The probation Report she is allowing them to attack my two Daughters. Dawn is Dawns syndrom. And the sunshine of my Life, when you ask her Landing questions the answers will always be yes. And Robin has not lived in my household from the Time she was 18 (1980) until Late 2007 when her and her husband were getting a divorce. She helped with her mother in the Last Few months of her life, I have done nothing but be there For my kids All 7 of Them. Even the one. That's coused all of This Trouble. It is not the First Time Berneta Sehm has Tried to get me or her mother in trouble. She had it in mind if she could Break us up she could get her mom and dad back to-gether.

Denni Sehm has not been in my House Since august 2006 The last Time Berneta Sehm (step-Daughter) was in my house was on august 23-2007 when she forced her mom out of the house of her death Bed and Took her to a notorey and had a will signed That Berneta her self wrote. 23 days later her Mother passed. prior to that the last time she was at my Home was august 2006. And since she has not been in my Home.

Like it Never was brought up in court by my public Defender That the case in question and usb Thumbs were not All mine. I only owned Three Thumbs. Not The 14 or so depicted in court. (This could have been proven by witnesses) the case were not mine (This could have been proven in court) The Down Load Time was impossible For me if They would have Done the math. I give it to my attorney, 371 miles From Henderson NV To phoenix AZ. Traveling US. 95 To US 62 — into parker Arizona. continuing on Arizona '95 To I 10 at quartzsite. Than east on I 10. To 5th ave exit. 90% of This is Two Lane Rd. I drive this in 5.5 Hours. That averages 67 Miles per hour. That would never give me the Time it would take to Find a place Along 2 Lane Hwy. To Safely park



to get the equipment out, set it up, get on my ISP. Then onto the selected site, do a 8 min Download. once you leave Searchlight NV, till you get to quartzite there is very little phone service. Jane never brought any of this up.

I had witnesses to prove I was no writer, that I am a very computer Dumbey. I always had to get one of my kids to show me. I never even owned a computer until March 2008. The desk top was my wife's and she had a laptop that was given to Dawn I never thought I would need one. Then my wife of 35 years died and left everything for me to do. I don't know how I would of managed with out my kids, specially my son-tomas and Daughter-in-law Laura, that have lived with us or us them an next door for 30 years, And my daughter Robin cut gave so much of her life to help me and her sister Dawn. And now she's being persecuted for doing it by her half-sister.

All of this Bey Bennetts and Deon Sehrn seem to get Guardianship of Dawn. It's funny she was making comments about me being in trouble days before the 1st search of my home. and her FBI's with the courts. Starting in maricopia County, Surprise Court. were they found nothing wrong and refused her custody, then all of a sudden I'm arrested. And she filling in yavapai court using the molestation and other charges against me. There was never no molestation in the hearing at Surprise. Ask info her.

Jane didn't bring up the fact I never even carried my thumbs on disc on the trucks. In fear of them getting Damaged, lost, or stollen. And the fact that they had been missing for over 3 weeks. or of the fact that Deon Sehrn works Approx 2 Blocks from were I did. She was a top tier with Ryder trucks, winning many awards for this. And our trucks are kept behind a un Fence of Buildings. going to and from work He passes with in 1/2 a Block. He Knew my truck and truck numbers. Deon Sehrn was also very knowledge for law. His father was a peace officer and correctional officer in Arizona.

I have never Done anything to harm a child, mine or any one Else's, I even Helped Raise 2 of my granddaughters. I have worked hard to make sure they had the things to be a child

To Holding down 2 Job's or being gone for a week at a time working construction to be sure they had the TV's, Bikes, games, And to be able to take them places like sea world, marine world africa USA, mission Bay park mayer mountain, to buy them the goods and motorcycles. it should be fun to be a child it should I Have never Hurt, And I Have dedicated my life to my children And if the probation dept or anyone else would Have asked them they would Have told them so. but the only one they talked to was Bernstine schm.

Dawn is not afraid of me, if we could be put in the same room it would be told. And she is always asking Were Her Daddy poppa is. Me going to Prison don't bother me near as much as what they are doing to Her. I was not allowed to go to the Gardianship Hearing on April 13 2010 so I lost Her, now I was not given a Chance for a Fair Hearing so I will be going to Prison for Something I never did nor would ever think of doing. But at least I Have my families support and knowledge I could never Hurt a child.

Sorry I sound bitter, but I seen a lot of faults And Failures in a system I always believed in, I always thought and believed in the constitution of this cocentry. the Bill of rights, our civil Rights. but I also see they are out the window also. in some of the decisions I seen from the supreme court and the several court of Appeals. if I might include a few:

IMBLER V PACHTMAN 424 US 409 (1976): They may Violate Civil Rights in Initiating Prosecution And presenting a case. They may Knowingly Use FALSE Testimoney. (SAME CASE)

Second Circuit Federal Court of Appeal: Immunity extends To All Activities closely Associated with Litigation or Protention Litigation. DAVIS V GRISEMEYER 996 F.2d 617 (1993)

Nineth Circuit Federal Court of Appeal: They may now only OFFER Perjuled Testimony. Jones V Starkland 800 F.2d 310 (1987)



tenth Circuit Federal Court of Appeal. They may knowingly file charges against Innocent Persons for a crime that never occured. Norton V Liddell 620 F2d 1375 (1980)

Whatever Happened to Count ruling like in (1803) When Chief Justice John Marshall said in Mulfurry V Madison; that it was the duty of the Judiciary to Say what Law is including Expounding and Interpreting that Law. the Law contained in the Constitution, He said was Paramount.

in a letter to James Madison by Thomas Jefferson Dated Dec 20, 1787. Said "A bill of rights is what the peoples are entitled to against Every government on Earth, General or particular, And what no Just government should refuse, or Rest on inferance

I was lead to believe due process of Law was garantied in the 5th, 6th and 14th amendments and right to protections of illegally Search and Seizure in the 4th. But it seems even those rights Have Faltured:

United States V Havens (1980) accowed use of Illegaly Abtained Evidence to contradict a defendants Testimoney

United States V Salvacci (1980) Restricted a defendants 'atomatic standing' to Challenge search and seizure.

Like it was my understanding under the Miranda V Arizona (1966) Ruling An Arrested Person must be warned of the Right to remain Silent, of the Right to An Attorney, When one will be provided if defendant cannot Afford one. "A soon as the Arrest is made."

These Facts Here, the search warrant of the House did not Include, the reason In the Search nor the Items that could be Seized, the Search of the truck. I was never shown a warrant Given a copy of one nor a receipt for Items Seized nor was Shown Given one, two or persons were Searched with out Warrant or Arrest. Copies of Numbers from Various cards were taken from my Wallett.

And I was not given my miranda rights at time of arrest, nor was I given an attorney when at first on 3 different occasions before going to Court. All of this was Brought to my Public defenders attention which she decided to ignore instead of investigate.

Because of all the reason I've mentioned I will not appeal this case. I do not want to be put thru the Enforcement and Humiliation again, because I have no say so in the outcome of my life. So I leave my life in your Hands. With the Knowledge that there is a lot of evidence for the defense that was never produced because I had a public defender that never wanted to go to trial. She continually tried to get me to sign a plea agreement very before one was even given.

its sad to think so many are conditioned to believe that if they go to Court, that they will get a fair trial, that they will Have Justice and better yet a remedy. While only 2% might.

its sad to see a Person take His rights to a fair Hearing and be punished for doing so. its sad to see a system were you uphold your right to testify for yourself and be called a liar and receive an additional 2 years because you lost.

I believe with a system like this we all lose I believe as Barry Goldwater did. "Our Constitutional Government is the finest thing devised by man why screw with it."

I only Hope Jane McCallum realizes How many lives she has affected by her decision of not defending me affected, besides my own, as is it as my grandson dropped out of law school in his second year (top five in his class) saying "Grandpa Seeing what they are doing to you I am not in class singing Inno Law school. I was under the impression that our system was a system of Justice for all." He is now in engineering school at San diego State. (Sad)

Richard Larry Self

EXHIBIT  B

EXHIBIT  B

EXHIBIT  B

EXHIBIT  B

EXHIBIT  B

EXHIBIT  B

AO 93 (Rev. 01/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| (Briefly describe the property to be searched | ) | Case No. 10 – 4091MB |
| or identify the person by name and address) | ) | |
| | ) | |
| 2007 Kenworth W900 Semi-Tractor/Truck | ) | |
| VIN #1XKWD48X87R185271, Unit #157 | ) | |

## SEARCH, SEIZURE AND FORFEITURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Arizona (identify the person or describe the property to be searched and give its location):

See Attachment A

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search, seize and hold for possible forfeiture proceedings the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before        3-3-10
                                                                  (not to exceed 14 days)
☐ in the daytime  6:00 a.m. to 10 p.m.     ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____
                    (name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box) ☐ for _____ days (not to exceed 30).
                                                                                    ☐ until, the facts justifying, the later specific date of _____

Date and time issued:  2-17-10 3:20 P.M.            _____
                                                                  Judge's signature

City and state:   Flagstaff, Arizona              MARK E. ASPEY, U.S. Magistrate Judge
                                                                  Printed name and title

AO 93 (Rev. 01/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

### for the
### District of Arizona

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) | Case No.  10-04017MB |
| | ) | |
| 5750 North Desert Pinn Road | ) | |
| Rimrock, Arizona 86335 | ) | |

## SEARCH, SEIZURE AND FORFEITURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Arizona _____
*(Identify the person or describe the property to be searched and give its location):*

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search, seize and hold for possible forfeiture proceedings the person or property.

YOU ARE COMMANDED to execute this warrant on or before     2-10-10
                                                                        *(not to exceed 14 days)*

☒ in the daytime  6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

_____
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                                                 ☐ until, the facts justifying, the later specific date of _____

Date and time issued:  1-27-10  3:40 p's              _____
                                                                                    *Judge's signature*

City and state:     Flagstaff, Arizona              MARK E. ASPEY, U.S. Magistrate Judge
                                                                        *Printed name and title*

01235

# Certificate of Service

I hereby certify that on this _____ day of _____, 20___, a true and accurate copy of the foregoing was mailed, first class postage pre-paid, addressed as follows:

FROM/BY

Richard Larry Self
F.C.I. Englewood
9595 West Quincy Avenue
Littleton, Colorado
80123-1159

TO

U.S. Attorneys Office
40 North Central Avenue Ste 1200
Phoenix,  AZ  85004-4408

## DECLARATION
### Under Penalty of Perjury

The undersigned declares under penalty of perjury that he is the movant in the above action, that he has read the above pleading and that the information contained therein is true and correct. Pursuant to 28 U.S.C. § 1746; and 18 U.S.C. § 1621.

Executed at F.C.I. Englewood on _____.

(Date)

_____

(Movant's Original Signature)



30099-008
RICHARD SELF
FEDERAL CORRECTIONAL INSTITUTION
ENGLEWOOD
9595 WEST QUINCY AVENUE
LITTLETON, CO  80123-1159

Denver, CO P&DC 802-849
THU 30 MAY 2019 AM

CLERK OF THE COURT
U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
P.O. BOX 193939
SAN FRANCISCO, CA  94119-3939

LEGAL MAIL        LEGAL MAIL        LEGAL M

LEGAL MAIL

CORRECTIONAL SYSTEM MANAGEMENT
FEDERAL CORRECTIONAL INSTITUTION
9595 WEST QUINCY AVE, LITTLETON, CO, 80123
DATE/INITIALS 5/29/19 ℗

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING
PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN
OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM
OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN
THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE
WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER
ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.