FILED

SEP 16 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. RICHARD LARRY SELF, AKA Richard Self, Defendant-Appellant. | No. 19-16177 D.C. Nos. 3:18-cv-08070-DGC-MHB  3:13-cv-08199-DGC  3:10-cr-08036-DGC-1 District of Arizona, Prescott ORDER |

Before:  M. SMITH and HURWITZ, Circuit Judges.

The request for a certificate of appealability is denied because appellant has not shown that "jurists of reason would find it debatable whether the [section 2255 motion] states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also* 28 U.S.C. § 2253(c)(2); *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012).

In order for a district court to consider a second or successive 28 U.S.C. § 2255 motion, this court must first authorize the district court to consider that motion. *See* 28 U.S.C. §§ 2244(b)(3), 2255(h). The Clerk shall serve this order and a copy of the standard form application for leave to file a second or successive motion on appellant.

Any pending motions are denied as moot.

**DENIED.**