United States District Court
For the District of Arizona

3:13-cv-08199-PHX-DGC
3:10-cr-08036-DGC-1

Addition To Brief For Civil Commitment

Since sending the original brief a few things have changed.

(1) There is no way I can now live with daughter and family. Son-in-law Jeff Bruland has to gone under a couple heart surgery's. The last one to surgically install a defibrillator. His heart is only operating at 35%. (it takes 25% to be placed on transplant list).

But because of these surgery's, there medical bills are very high, so they had to move to a section 8 apartment. Because of this move there is now diffently no way I can live with them. (This can be verified by Probation Dept. They went there to check)

(2) So this now confirms Mr. Self is homeless. with no other place to go.

Had to hand write this for we are lockdown for the next 30 days or more, right now until May 18th. Writing a little shaky bease of COPD condition. Have trouble breathing.

Richard Self
30099-008
FCI Englewood
Littelton, CO. 80123

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE Civil 5.4, 7.1(a)(1)
(Rule Number/Section)