Case: 3:13-cv-08199-DGC

```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

    SEP 2 8 2020

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Richard Larry  Self # 30099-008
LITTLETON-CO-ENGLEWOOD-FCI
FEDERAL CORRECTIONAL INSTITUTION
9595 W QUINCY AVE.
LITTLETON, CO 80123

Doc. 49

---



CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

PHOENIX AZ 852
21 MAY '20
PM 4 L

NEOPOST     FIRST
05/21/2020
US POSTAGE  $00

RECEIVED
SEP 2 8 2020
CLERK OF THE COURT
UNITED STATES DISTRICT
FOR THE DISTRICT OF

NIXIE   808  DE 1   0009/2
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 85003213099   *1814-03683-2